**WITHIN AND FOR THE FEDERAL COURT**
**OF THE NORTHERN DISTRICT OF THE STATE OF OKLAHOMA**

**1.ERIC NATHANIEL SIMON,**

**Plaintiff,**

**VS.**

**1.CITY OF TULSA, TULSA COUNTY, STATE OF OKLAHOMA, ex rel.,**

**2.CITY OF TULSA POLICE DEPARTMENT,**

**3.M. J. BURGESS, POLICE OFFICER FOR THE CITY OF TULSA, OKLAHOMA,**

**4.M. M. ELIAS, POLICE OFFICER FOR THE CITY OF TULSA, OKLAHOMA,**

**5.K. J. JOBE, POLICE OFFICER FOR THE CITY OF TULSA, OKLAHOMA,**

**6.S. A. LOVE, POLICE OFFICER FOR THE CITY OF TULSA, OKLAHOMA,**

**7.P.D. WHITEHEAD, POLICE OFFICER FOR THE CITY OF TULSA, OKLAHOMA,**

**8.S.C. PERRY, POLICE OFFICER FOR THE CITY OF TULSA, OKLAHOMA; and,**

**9.S. TITUS, POLICE OFFICER FOR THE CITY OF TULSA, OKLAHOMA.**

**Defendants.**

**2026-CV-00693 SH**

## COMPLAINT

Comes now Eric Nathaniel Simon and in support of his Complaint against the City of Tulsa, Tulsa County, State of Oklahoma, ex rel, Tulsa Police Department, M. J. Burgess,

M. M. Elias, K. J. Jobe, S. A. Love, P. D. Whitehead, S. C. Perry and S. Title all are Police Officers of the City of Tulsa, Tulsa County, State of Oklahoma and states:

1. That the acts and injury to the Plaintiff occurred in the City of Tulsa, Tulsa County, State of Oklahoma and within the jurisdiction of this Court.

2. That prior to filing this action the Plaintiff gave notice of his tort claim, as required by law, which was received and acknowledged by the City of Tulsa, Tulsa County, State of Oklahoma on the 6th day of February, 2026.

3. That the tort claim of the Defendant was deemed denied on the 7th day of May, 2026.

4. That the Plaintiff had one hundred eighty (180) days to file this action, which was the 3rd day of November, 2026. This action was filed within the time period as required by law.

5. The Plaintiff alleges jurisdiction of this Court pursuant to **28 U. S. C. 1343**, due to the actions of the Defendants which deprived the Plaintiff of his civil rights as more fully set forth herein.

6. The Defendants further violated the provision of Oklahoma law, i.e. **12 O. S. 1289.24 (D)**, the Plaintiff was arrested, but committed no crime, by virtue of the wrongful acts of the Defendants, the Plaintiff was falsely arrested and imprisoned; the Plaintiff's **4th Amendment to the Constitution, 14th Amendment to the Constitution** and **Article II § 30 of the Oklahoma Constitution** was violated by his unlawful seizure and arrest, without probable cause. The Defendants by the wrongful arrest and detention of the Plaintiff, constituted malicious prosecution and abuse of process by the Defendants to the Plaintiff.

7. The Plaintiff alleges that on the 9th day of February, 2025, while at Turkey Mountain, at 5100 South Elwood Avenue, Tulsa, Tulsa County, State of Oklahoma, the Plaintiff was walking and was legally open carrying a firearm, and had a lawful concealed firearm, when officers of the Tulsa Police Department, without probable cause and under color of law, stopped and detained the Plaintiff, then these officers of the Tulsa Police Department unlawfully arrested the Plaintiff, placed him in hand cuffs, removed the firearms that he was lawfully carrying, took to him into custody, took his firearms from his person, transported him to the Tulsa County Jail, and booked into the Tulsa County Jail. The Plaintiff in order to obtain his release from the unlawful detention and custody of his person, was required to post bond. After he posted bond, he was eventually released from custody at the Tulsa County Jail.

8. The Defendants were informed that the area that they arrested the Plaintiff was an area where firearms were not prohibited and the Defendant's conduct was lawful, but after having been informed of the law, the Defendants arrested the Plaintiff, as stated in the preceding paragraph 7.

9. The Tulsa County District Attorney's Office filed a misdemeanor information, charging the Plaintiff with unlawful carrying of a firearm in a prohibited place, said information filed on the 14th day of February, 2025, case number CM-2025-554, styled "State of Oklahoma, Plaintiff, vs. Eric Nathaniel Simon, Defendant".

10. The case was dismissed, costs to the State of Oklahoma on the 16th day of April, 2025 and the bond posted by the Plaintiff in this action, but Defendant in the

misdemeanor case, ordered exonerated. Plaintiff eventually was able to obtain his firearms from the Tulsa Police Department.

11. The Plaintiff alleges that he was unlawfully arrested, detained, placed into jail and was required to post bond to be released from incarceration, and he committed no crime as alleged by the State of Oklahoma, and the State of Oklahoma dismissed the action for the reason that no offense had been committed by the Plaintiff.

12. The Defendants' who are all Police Officers of the City of Tulsa, Tulsa County, State of Oklahoma were acting within the scope of their employment at the time that the Plaintiff was taken into custody.

13. The City of Tulsa is vicariously liable for the acts of the Defendants, and the Defendants are jointly and severally liable to the Plaintiff.

14. As a result of the actions of the Defendants, Plaintiff suffered injury and damages, by way of example, and not to the exclusion of other damages, Plaintiff suffered emotional injury and trauma, damage to his reputation, loss of income, costs of bond, hiring an attorney to represent him to obtain his release and the dismissal of the misdemeanor case.

15. Plaintiff reserves the right to amend his complaint after discovery.

16. The Plaintiff was damaged by the actions of the Defendants, and such damages exceed the sum of Seventy-Five Thousand Dollars ($75,000.00) plus costs, and attorneys fees accrued and accruing.

Wherefore, premises considered, the Plaintiff prays to be granted judgment in an amount exceeding Seventy-Five Thousand Dollars ($75,000.00) against the Defendants' both jointly and severally, along with his attorneys fees and costs, accrued and accruing, interest

both prior to and after judgment as provided by law and for such other and further relief as the Plaintiff may show himself entitled.

ERIC NATHANIEL SIMON

BY ______________________________

John M. Crockett OBA 2031
John M. Crockett, Attorney at Law, P. C.
226 East Graham
Pryor, OK 74361
918-825-5753
jmcrockettpc@sbcglobal.net
Attorney for Plaintiff

ATTORNEYS LIEN CLAIMED

JURY TRIAL DEMANDED